DAVID G. SPIVAK (SBN 179684)
   david@spivaklaw.com
CAROLINE TAHMASSIAN (SBN 285680)
   caroline@spivaklaw.com
THE SPIVAK LAW FIRM
8605 Santa Monica Blvd., PMB 42554
West Hollywood, CA 90069
Telephone (213) 725-9094
Facsimile (213) 634-2485

Attorneys for Plaintiff,
YOUSSIF GAYED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSSIF GAYED, on behalf of himself, all others similarly situated, and the general public,<br><br>    *Plaintiff*,<br><br>    vs.<br><br>22ND CENTURY TECHNOLOGIES, INC., a New Jersey corporation; and DOES 1-50, inclusive,<br><br>    *Defendant*. | Case No.: 2:21-cv-03828 DSF-JPR<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41**<br><br>Action Filed:   March 5, 2021<br>Dept.:   Courtroom 7D, Hon. Dale S. Fischer |



SPIVAK LAW
Employee Rights Attorneys

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
1801 Century Park East
25th Fl
Los Angeles CA 90067

1

*Gayed, et al. v. 22nd Century Technologies et al.*     Stipulation for Voluntary Dismissal of Action Without Prejudice

## **ATTORNEYS FOR DEFENDANT**

BRAD ENGLISH (*admitted pro hac vice*)
    benglish@maynardcooper.com
MAYNARD COOPER GALE
655 Gallatin Street SW
Huntsville, AL 35801
Telephone (256) 512-5705
Facsimile (256) 512-5740


Attorneys for Defendant
22ND CENTURY TECHNOLOGIES, INC.

SPIVAK LAW
Employee Rights Attorneys

Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
1801 Century Park East
25th Fl
Los Angeles CA 90067

1    IT IS HEREBY STIPULATED by and between Plaintiff YOUSSIF GAYED ("Plaintiff" or "Gayed") and Defendant 22ND CENTURY TECHNOLOGIES, INC. ("Defendant") (together, the "Parties") through their designated counsel as follows:

2    1.   The Parties have met and conferred and agree that it is in their mutual interests to discuss Plaintiff's allegations informally rather than through litigation and have agreed to mediate.

3    2.   The Parties have retained Steven Pearl, Esq. as a mediator for a full day mediation on March 27, 2023.

4    3.   On or about February 7, 2023, the Parties entered into an agreement to toll the applicable statutes of limitations against Defendant pertaining to Plaintiff's individual, class and representative claims and Plaintiff has agreed to dismiss his action by reserving his rights to resume prosecution of all his claim in this action in a later action if mediation is not successful.

5    4.   Pursuant to Federal Rule of Civil Procedure 41, Plaintiff may dismiss an action by filing a stipulation of dismissal signed by all Parties.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

SPIVAK LAW
Employee Rights Attorneys
Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
1801 Century Park East
25th Fl
Los Angeles CA 90067

3

*Gayed, et al.  v. 22nd Century Technologies et al.*    Stipulation for Voluntary Dismissal of Action Without Prejudice

1      5.    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the
2  dismissal of Plaintiff's action is without prejudice.

4      IT IS SO STIPULATED.

                              THE SPIVAK LAW FIRM

Dated: February 8, 2023       By: */s/ David Spivak*_____
                                            DAVID SPIVAK
                                            CAROLINE TAHMASSIAN,
                                            Attorneys for Plaintiff,
                                            YOUSSIF GAYED

                              MAYNARD COOPER GALE

Dated: February 8, 2023       By: _*/s/ Brad English (authorized on 2/8/23)*_
                                            BRAD ENGLISH
                                            Attorney for Defendant,
                                            22ND CENTURY TECHNOLOGIES, INC.

SPIVAK LAW
Employee Rights Attorneys
Mail:
8605 Santa Monica Bl
PMB 42554
West Hollywood, CA 90069
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

Office:
1801 Century Park East
25th Fl
Los Angeles CA 90067