JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YOUSSIF GAYED, on behalf of himself, all others similarly situated, and the general public,

*Plaintiff*,

vs.

22ND CENTURY TECHNOLOGIES, INC., a New Jersey corporation; and DOES 1-50, inclusive,

*Defendant*.

Case No.: 2:21-cv-03828 DSF-JPR

**ORDER ON VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41**

Action Filed: March 5, 2021
Dept.: Courtroom 7D, Hon. Dale S. Fischer

| | |
|---|---|
| 1 | **ORDER** |
| 2 | |
| 3 | Having been stipulated and agreed upon by and between all Parties and their respective counsel, and pursuant to Federal Rules of Civil Procedure 41, the above-referenced lawsuit against Defendant 22ND CENTURY TECHNOLOGIES, INC. is voluntarily dismissed in its entirety WITHOUT PREJUDICE. |

IT IS SO ORDERED.

DATED: February 8, 2023

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE